PD-0383-15

NO. 13-CR-2947-C

In The
Court of Criminal Appeals
Austin, Texas

Valentin Gaona
VS.
The State of Texas

From Appeal No. 13-14-00083-CR
Trial Cause No.
Nueces County

granted to
6-22-15
DC
5-26-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

First Motion For Extension Of Time To File
Petition For Discretionary Review

To The Honorable Judges Of The Court of
Criminals Appeals; comes now Valetin Gaona,
Petitioner; and files this motion for an extension of
(sixty) days in which to file a petition for
Discretionary Review. In support of this motion,
appellant shows the court the following;

## I

The petitioner was convicted in the 94th District Court
of Nueces County, Texas of the offense of Evading
Arrest in a motor vehicle in Cause NO. 13-CR-2947-C,
styled State of Texas vs. Valentin Gaona. The
petitioner appealed to the court of appeals 5-15-2015,
Supreme Judical District, The case was affirmed on
1-22-2014. The present deadline for filing the
petition for Discretionary Review is 5-22-2015. The
petitioner has not requested any extension prior
to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner's wasn't informed of the decision of the court of appeals in affirming his case until 4-3-2015. Since that time, petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Coretta Graham, has informed petitioner he will not represent him in the petitioner for Discretionary Review.

Wherefore, petitioner pray this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 13-CR-2947-C to July 7, 2015.

Petitioner, pro se
Texas Department of Criminal Justice
Willacy Unit
TDCJ# 1909533
Raymondville Texas 78580

## Certificate of Services

I certify that's true and collect copy of the above and foregoing First Motion for Extension of Time to file a Petitioner for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the attorney for State Criminal Appeals, P.O Box 12308 Austin Texas at Capitol Station 78711 Texas, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 15 day of May, 2015.

petitioners pro se

I Valentin Gaona, TDCJ # 1909533, being presently incarcerated in the Willacy Unit of the Texas Department of Criminal Justice in Willacy County Texas, verify and declare under penalty of purjury that the foregiving statements are true and correct. Executed on this the 15 day of May , 2015

Valentin Gaona
TDCJ # 1909533